Don C. NEWBY, Plaintiff-Appellant,

v.

J. R. BROOKS, Officer, Individually and in his Official Capacity, Suffolk Police Department, Defendant-Appellee.

No. 17-7319

United States Court of Appeals, Fourth Circuit.

Submitted: January 30, 2018

Decided: February 2, 2018

Don Cornelius Newby, Appellant Pro Se. Emily Paige Bishop, Jeremy David Capps, HARMAN CLAYTOR CORRIGAN & WELLMAN, P.C., Glen Allen, Virginia, for Appellee.

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Don C. Newby appeals the district court's order granting Defendant's motion to dismiss Newby's 42 U.S.C. § 1983 (2012) action alleging the Defendant violated his Fourth Amendment rights. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Newby v. Brooks*, No. 3:16-cv-00944-JAG, 2017 WL 4323583 (E.D. Va. Sept. 28, 2017). We dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*